# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MD39 | 09925813 | Malcom | 1546 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense:** 06/14/2021 1127
**Offense Charged:** ☒ CFR ☐ USC ☐ State Code — 45 CFR 3.3
**Place of Offense:** NIH Bldg 10A loading Dock Area
**Offense Description: Factual Basis for Charge:** Failure to obey Official Sign — NO Parking Anytime
HAZMAT ☐

### DEFENDANT INFORMATION
**Last Name:** Sinclair Operating Company Inc
**Street Address:** [redacted]

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 9EA4370 | MD | 19 | Dodge/Van | ☐ | Wht |

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 50.00 Forfeiture Amount
+ $30 Processing Fee
$ 80.00 Total Collateral Due

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: ___
Date: ___
Time: ___

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature ___

Original - CVB Copy

*09925813*

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on ___, 20___ while exercising my duties as a law enforcement officer in the ___ District of ___

_____
_____
_____
_____
_____
_____
_____
_____
_____

The foregoing statement is based upon:
☐ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: ___
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ___
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident